UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Rafael Alberto Llovera Linares, *a/k/a* *Rafael Alberto Llovera*,<br><br>Petitioner,<br><br>v.<br><br>State of Florida,<br><br>Respondent. | Civil No. 13-1082 (JRT/SER)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

_____

Rafael Alberto Llovera Linares, 102 9th Street East, Northfield, MN 55057, *pro se* plaintiff,

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for defendant.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed *in forma pauperis*, (Docket No. 2), be **DENIED**;

2. Petitioner's motion for appointment of counsel, (Docket No. 6), be **DENIED**;

3. Petitioner's "Motion for U-VISA Certification," (Docket No. 8), be **DENIED**; and

4. This action be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 10, 2013             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                                                    United States District Judge